**LAW OFFICES OF MARYLON M. BOYD**
MARYLON M. BOYD, SBN: 139642
TANYA R. MEYERS, SBN: 148543
405 14th Street, Suite 1012
Oakland, CA 94612
Telephone: (510) 663-8772
Facsimile: (510) 663-8781

Attorneys for Plaintiff
Marylon M. Boyd, Executor of
the Estate of Cammerin Boyd

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON M. BOYD, EXECUTOR OF THE ESTATE OF CAMMERIN BOYD<br>              Plaintiff<br>vs.<br><br>ALAMEDA COUNTY; CAPTAIN HAGEN; TECHNICIAN DUTTON; TECHNICIAN WONDASO; DEUEL VOCATIONAL INSTITUTION FOR MEN; STEVE R. MOORE; NURSE SIGALES-GORMAN; OFFICER GORMAN; NURSE BLANKS; DR. JACQUES HIRSCHLER; A.R. SMITH; CLAUDE E. FINN; M.A. HAMILTON; CAPTAIN M. H. REYES; DR. TREADWILL; DR. CROASDALE; DEPUTY BURNS OFFICER WATKINS; OFFICER CASEY; CALIFORNIA INSTITUTE FOR MEN; LORI DICARALO; DOCTORS HOSPITAL; MICHAEL DAVIS; PLEASANT VALLEY STATE PRISON; OFFICER HILL; SERGEANT HILL; GAIL LEWIS; SAN QUENTIN PRISON CALIFORNIA DEPARTMENT OF CORRECTIONS; PRISON HEALTH SERVICES, INC., CALIFORNIA BOARD OF PRISON TERMS, LOUIE DININNI MOHAN SUNDARESON; GRAY DAVIS, Governor, B. TIMOTHY GAGE, Director, Department of Finance, ROBERT PRESLEY, Secretary, California Youth and Adult Correctional Agency, TERESA ROCHA, acting Director Department of | **NO: C 02 2461 SI**<br><br>STIPULATION AND ORDER EXTENDING DATE FOR DR. WEINSTEIN'S DEPOSITION AND EXTENDING DATE FOR DISPOSITIVE MOTIONS |

STIPULATION AND ORDER

| | |
|---|---|
| Corrections, SUSANN STEINBERG M.D., Deputy Director for Health Care Services, DONALD CALVO, M.D., STEPHEN WYMAN, M. D., SANFORD HEPPS., Does 1 through 100, inclusive | ) ) ) ) ) ) ) |
| Defendants | ) ) |

**IT IS HEREBY STIPULATED** by and between the attorneys for Plaintiffs MARYLON BOYD, for herself and as Executor of the Estate of CAMMERIN BOYD, and the attorneys for Defendants ALAMEDA COUNTY and the County Individual Defendants and Agencies, PRISON HEALTH SERVICES, DOCTORS HOSPITAL, TERRY CROASDALE, MICHAEL DAVIS, the "CDC" Defendants, that the June 10, 2005 deadline for taking Plaintiff's Expert deposition is extended to and through June 17, 2005. It is further stipulated between the parties that the time to file dispositive motions in this case is extended to June 24, 2005.

**So Stipulated:**

Date: June 7, 2005    **LAW OFFICES OF MARYLON M. BOYD**


_____
Marylon M. Boyd, Attorney for Plaintiff


Date:    **RIGGIO, MORDAUNT & KELLY**


_____
Neal C. Lutterman, Attorneys for
Defendant Terry Croasdale, M.D.

STIPULATION AND ORDER                2

| | | |
|---|---|---|
| 1 | Date: | **LAW OFFICES OF NANCY E. HUDGINS** |
| 2 | | |
| 3 | | |
| 4 | | _____ |
| 5 | | Matthew M. Grigg, Attorneys for |
| 6 | | Defendant Prison Health Services, Inc. |
| 7 | Date: | **STRICKLAND, HAAPALA,** |
| 8 | | **ALTURA & THOMPSON, LLP** |
| 9 | | |
| 10 | | _____ |
| 11 | | Clyde Thompson, Attorneys for Defendants County of Alameda, Captain Hagan, Technician Dutton, Deputy Burns |
| 12 | | |
| 13 | Date: | **DUMMIT, BRIEGLEB, BOYCE & BUCHHOLZ** |
| 14 | | |
| 15 | | _____ |
| 16 | | Jeffrey Whitelaw, Attorneys for |
| 17 | | Defendant Doctors Hospital of Manteca, And Michael Davis |
| 18 | Date: | **ATTORNEY GENERAL OF CALIFORNIA** |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | _____ |
| 23 | | Trace O. Maiorino, Attorneys for CDC Defendants San Quentin State Prison, Deuel Vocational Institute, California Institute for Men, Pleasant Valley State Prison, Steve Moore, Lori DiCarlo, Gail Lewis, Claude Finn, M.A. Hamilton, Nurse Sigales-Gorman, Officer Gorman, Nurse Blanks, Officer Watkins, Officer Casey, Capt. M.H. Reyes, Officer Hill and Sergeant Hill |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND ORDER     3

### ORDER

**GOOD CAUSE APPEARING** it is so **ORDERED** that Dr. Weinstein's deposition may be taken on June 17, 2005 and the date for filing dispositive motions is extended to June 24, 2005.

Dated:_____                                      _____



IT IS SO ORDERED
Judge Susan Illston

STIPULATION AND ORDER        4