# RIGGIO MORDAUNT & KELLY

*A Professional Law Corporation*

2509 West March Lane, Suite 200
Stockton, California 95207
Phone 209.473.8732
Fax 209.957.9165

Donald M. Riggio
Michael R. Mordaunt
Peter J. Kelly
Neal C. Lutterman
Corinne K. Reynolds
Stephanie Roundy
Jessica N. Jellin

June 15, 2005

<u>VIA E-FILING AND CALIFORNIA OVERNIGHT</u>

Honorable Susan Illston
U.S. Northern District Court
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, CA  94102

**RE:   BOYD VS. ALAMEDA COUNTY**
          **USDC (Northern-San Francisco) Court No. C 02-02461 SI**

Dear Judge Illston:

This office represents defendant Terry Croasdale, M.D. in the above-entitled matter. The filing deadline for dispositive motions in this case is now June 24, 2005.  Pursuant to Local Rule 7-4, defendant submits this request for an order allowing Dr. Croasdale to file a memorandum of points and authorities in excess of 25 pages in support of his motion for summary judgment.  Due to the multiple and complex issues involved in this case, defendant has been unable to limit the memorandum of points and authorities to 25 pages.  Defendant anticipates requiring up to 10 additional pages, for a total of 35 pages, for the memorandum of points and authorities.

Sincerely,

STEPHANIE ROUNDY
sroundy@riggiolaw.com

cc:    Clyde A. Thompson, Esq.
         Tanya R. Meyers, Esq.
         Matthew M. Grigg, Esq.
         Trace Maiorino, Esq.
         Marylon Boyd, Esq.
         Jeffrey Whitelaw, Esq.

June 15, 2005
Page 2

## ORDER

It is hereby ordered that Defendant Terry Croasdale may file a memorandum of points and authorities up to 35 pages in support of his motion for summary judgment in this matter.

Dated_____, 2005

IT IS SO ORDERED

Judge Susan Illston