BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
TRACE O. MAIORINO, State Bar No. 179749
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5975
 Fax: (415) 703-5843
 Email: Trace.Maiorino@doj.ca.gov

Attorneys for Defendants San Quentin State Prison, Deuel Vocational Institution, Pleasant Valley State Prison, California Institution for Men, Steve Moore, Lori Dicarlo, Gail Lewis, Claude Finn, M.A. Hamilton, Nurse Sigales-Gorman, Officer Gorman, Nurse Blanks, Officer Watkins, Officer Casey, Captain M.H. Reyes, Officer Hill, Sergeant Hill, and Dr. Jacques Hirschler
SF2002200243

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CAMMERIN K. BOYD,**<br><br>Plaintiff,<br><br>v.<br><br>**ALAMEDA COUNTY, et al.,**<br><br>Defendants. | CASE NO. C 02-2461 SI<br><br>**REQUEST TO EXCEED PAGE LIMIT FOR CDC DEFENDANTS' SUMMARY JUDGMENT MOTION; [Proposed] ORDER** |

TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

 Pursuant to Local Rule 7-4, Defendants San Quentin State Prison, Deuel Vocational Institution, Pleasant Valley State Prison, California Institution for Men, Steve Moore, Lori Dicarlo, Gail Lewis, Claude Finn, M.A. Hamilton, Nurse Sigales-Gorman, Officer Gorman, Nurse Blanks, Officer Watkins, Officer Casey, Captain M.H. Reyes, Officer Hill, Sergeant Hill,

Req. to Exceed Page Limit for CDC Defs.' Mot. Summ. J.  *Boyd v. Alameda Co., et al.*
Case No. C 02-2461 SI

1

1  and Dr. Jacques Hirschler (CDC Defendants) submit this request for an order allowing CDC

2  Defendants to file a memorandum of points and authorities in support of motion for summary

3  judgment in excess of twenty-five pages.

4      This request is based upon the number of defendants, the time-span of the allegations, and

5  the multiple and complex issues involved. CDC Defendants have been unable to limit their

6  motion for summary judgment to twenty-five pages and request an additional ten pages, for a

7  total of thirty-five pages for the memorandum of points and authorities.

8      Dated: June 16, 2005

9      Respectfully submitted,

10 BILL LOCKYER
   Attorney General of the State of California

11 ROBERT R. ANDERSON
   Chief Assistant Attorney General

12 FRANCES T. GRUNDER
13 Senior Assistant Attorney General

14 THOMAS S. PATTERSON
   Supervising Deputy Attorney General

15

16 /s/ Trace O. Maiorino
   TRACE O. MAIORINO
17 Deputy Attorney General
   Attorneys for Defendants San Quentin State Prison, Deuel
18 Vocational Institution, Pleasant Valley State Prison, California
   Institution for Men, Steve Moore, Lori Dicarlo, Gail Lewis,
19 Claude Finn, M.A. Hamilton, Nurse Sigales-Gorman, Officer
   Gorman, Nurse Blanks, Officer Watkins, Officer Casey, Captain
20 M.H. Reyes, Officer Hill, Sergeant Hill, and Dr. Jacques
   Hirschler

Req. to Exceed Page Limit for CDC Defs.' Mot. Summ. J.     *Boyd v. Alameda Co., et al.*
Case No. C 02-2461 SI

2

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | It is hereby ordered that in the above-entitled matter the CDC Defendants may file a memorandum of points and authorities in support of motion for summary judgment in excess of twenty-five pages, but not to exceed thirty-five pages. |

1   **ORDER**

2

3   It is hereby ordered that in the above-entitled matter the CDC Defendants may file a

4   memorandum of points and authorities in support of motion for summary judgment in excess of twenty-five pages, but not to exceed thirty-five pages.

5

6

7   DATED:_____

8

9   20019168.wpd



IT IS SO ORDERED
Judge Susan Illston

Req. to Exceed Page Limit for CDC Defs.' Mot. Summ. J.    *Boyd v. Alameda Co., et al.*
Case No. C 02-2461 SI

3