1  Neal C. Lutterman, Esq., Bar No. 174681
   RIGGIO MORDAUNT & KELLY
2  A Professional Law Corporation
   2509 West March Lane, Suite 200
3  Stockton, CA 95207
   Telephone: (209) 473-8732
4
   Attorneys for Defendant
5  TERRY CROASDALE, M.D.

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | MARYLON M. BOYD, EXECUTOR          ) | Case No. C 02 2461 SI
   | OF THE ESTATE OF CAMMERIN          )
11 | BOYD                               )
   |                                    ) | **[PROPOSED]** ORDER GRANTING
12 |          Plaintiff,                ) | REQUEST OF TERRY CROASDALE, M.D.
   |                                    ) | FOR TELEPHONE STANDBY FOR
13 | vs.                                ) | SETTLEMENT CONFERENCE
   |                                    )
14 | ALAMEDA COUNTY, CAPTAIN            ) | Settlement Conference: 8/10/05 at 10:00 A.M.
   | HAGEN, TECHNICIAN DUTTON;          ) | Complaint Filed: 10/30/02
15 | TECHNICIAN WONDASO; DEUEL          ) | Trial: 10/3/05
   | VOCATIONAL INSTITUTION FOR         )
16 | MEN; STEVE R. MOORE; NURSE         ) | **U.S. Magistrate Judge Maria-Elena James**
   | SIGALES-GORMAN; OFFICER            )
17 | GORMAN; NURSE BLANKS, DR.          )
   | JACQUES HIRSCHLER; DR.             )
18 | TREADWILL; DR. CROASDALE;          )
   | DEPUTY BURNS; A.R. SMITH;          )
19 | CLAUDE E. FINN, M.A. HAMILTON;     )
   | CAPTAIN M. H. REYES, OFFICER       )
20 | WATKINS, OFFICER CASEY;            )
   | CALIFORNIA INSTITUTE FOR MEN;      )
21 | LORI DICARALO, DOCTORS             )
   | HOSPITAL, MICHAEL DAVIS;           )
22 | PLEASANT VALLEY STATE              )
   | PRISON; OFFICER HILL, SERGEANT     )
23 | HILL, GAIL LEWIS, SAN QUENTIN      )
   | PRISON; CALIFORNIA                 )
24 | DEPARTMENT OF CORRECTIONS,         )
   | PRISION HEALTH SERVICES, INC.,     )
25 | CALIFORNIA BOARD OF PRISION        )
   | TERMS, LOUIE DININNI MOHAN         )
26 | SUNDARESON, GRAY DAVIS,            )
   | Governor, B. TIMOTHY GAGE,         )

                                    1

**[PROPOSED] ORDER GRANTING REQUEST OF
TERRY CROASDALE, M.D. FOR TELEPHONE
STANDBY FOR SETTLEMENT CONFERENCE**

| | |
|---|---|
| Director, Department of Finance, ROBERT PRESLEY, Secretary, California Youth and Adult Correction Agency, TERESA ROCHA, acting Director Department of Corrections, SUSANN STEINBERG, M.D., Deputy Director for Health Care Services, DONALD CALVO, M.D., STEPHEN WYMAN, M.D., SANFORD HEPPS, DOES 1 through 100, inclusive<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Defendant TERRY CROASDALE, M.D. has requested permission from the court to allow him to attend the August 10, 2005 settlement conference by telephone. A representative of his insurance carrier will be in attendance at the conference with his counsel and will have sufficient authority to resolve any viable claim in this matter.

Good cause appearing,

IT IS HEREBY ORDERED that the request of Defendant TERRY CROASDALE, M.D. to attend the August 10, 2005 settlement conference by telephone is hereby granted.

Dated: July 11, 2005

_____
UNITED STATES MAGISTRATE JUDGE

*Judge Maria-Elena James*

Riggio, Mordaunt & Kelly
2509 W March Lane
Suite 200
Stockton, CA 95207
(209) 473-8732

2

[PROPOSED] ORDER GRANTING REQUEST OF
TERRY CROASDALE, M.D. FOR TELEPHONE
STANDBY FOR SETTLEMENT CONFERENCE