IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMMERIN K. BOYD, | No. C-02-2461 SI (MEJ) |
| Plaintiff, | ORDER GRANTING DEFENDANT CROASDALE'S REQUEST TO APPEAR TELEPHONICALLY FOR THE SETTLEMENT CONFERENCE |
| vs. | |
| ALAMEDA COUNTY, et al., | |
| Defendants. | |

Defendant TERRY CROASDALE, M.D. has requested permission from the court to allow him to attend the August 10, 2005 settlement conference by telephone. A representative of his insurance carrier will be in attendance at the conference with his counsel and will have sufficient authority to resolve any viable claim in this matter.

Good cause appearing, it is hereby ORDERED that Defendant TERRY CROASDALE, M.D.'s request to attend the August 10, 2005 settlement conference by telephone is hereby GRANTED.

IT IS SO ORDERED.

Dated: July 12, 2005

MARIA-ELENA JAMES
United States Magistrate Judge