# *LAW OFFICES OF MARYLON M. BOYD*

**405 14th Street, Suite 1012**
**Oakland, CA  94612**
**(510) 663-8772**
**(510) 663-8781 (Fax)**

**Marylon M. Boyd**

July 11, 2005

**Via E-Filing, Email and Mail**

Hon. Susan Illston
U.S. Northern District Court
450 Gold Gate Avenue
Courtroom 10, 10th Floor
San Francisco, CA 94102

        **Re: Boyd v. Alameda County et al**
        **USDC Case No. C 022461 SI**

Dear Judge Illston:

    By this letter, it is hereby requested that Plaintiff be permitted to July 19, to file opposition to Defendants' Motions for Summary Judgment and to Reply To Defendants' Oppositions to Plaintiff's Motion for Summary Judgment. The Briefs and Documents filed in this case are very extensive and I am unable to respond in the amount of time set by the Court in this matter.

        Very truly yours,
        **LAW OFFICES OF MARYLON M. BOYD**

        *Marylon M. Boyd*

        Marylon M. Boyd

cc:  Clyde Thompson
     Trace Maiorino
     Neal C. Lutterman
     Jeffrey J. Whitelaw
     Matthew Grigg

**ORDER**

    GOOD CAUSE APPEARING it is so ordered that the time for Plaintiff to file Opposition to Defendants' Motions for Summary Judgment and Replies to Defendants' Opposition for Plaintiff's Motion for Summary Judgment shall be extended to ~~July 19, 2005.~~ JULY 15, 2005

**SO ORDERED**:

Dated:_____

_____
Hon. Judge Illston, U.S. District Court

[APPROVED stamp — Judge Susan Illston signature]

Defts. replies due: 7/22/05