IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAMMERIN K. BOYD,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C 02-2461 SI<br><br>[PROPOSED] ORDER GRANTING CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION DEFENDANTS' REQUEST TO BE EXCUSED FROM APPEARING IN PERSON OR BY TELEPHONE AT THE AUGUST 10, 2005 MANDATORY SETTLEMENT CONFERENCE |

Defendants San Quentin State Prison, Deuel Vocational Institution, Pleasant Valley State Prison, California Institution for Men, Steve Moore, Lori Dicarlo, Gail Lewis, Claude Finn, M.A. Hamilton, Nurse Sigales-Gorman, Officer Gorman, Nurse Blanks, Officer Watkins, Officer Casey, Captain M.H. Reyes, Officer Hill, Sergeant Hill, and Dr. Jacques Hirschler (Defendants) have requested to be excused from personally attending the August 10, 2005 settlement conference or from being available by telephone for the duration of the settlement conference.

///

Order Granting DCR Defs.' Req. to be Excused from Mandatory Settlement Conference   *Boyd v. Alameda County, et al.*
Case No. C 02-2461 SI

1

1     Attending in their place will be a representative of the California Department of Corrections
2 and Rehabilitation[1] (DCR) who is authorized to settle the case.

3     Good cause appearing, Defendants' request to be excused from the conference is hereby
4 granted.

7 Dated: July 22, 2005



HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

26 20013497.wpd

---

28     1. Formerly, the California Department of Corrections.

Order Granting DCR Defs.' Req. to be Excused from Mandatory Settlement Conference    *Boyd v. Alameda County, et al.*
Case No. C 02-2461 SI

2