Clyde A. Thompson, SBN 72920
Rebecca S. Widen, SBN 219207
Andrea A. Najor, SBN 221853
STRICKLAND, HAAPALA,
ALTURA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel: 510-763-2324
Fax: 510-273-8570

Attorneys for Defendants
COUNTY OF ALAMEDA, CAPTAIN HAGAN,
TECHNICIAN DUTTON, and DEPUTY BURNS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON M. BOYD, EXECUTOR OF THE ESTATE OF CAMMERIN BOYD, <br><br> Plaintiffs, <br><br> vs. <br><br> ALAMEDA COUNTY; CAPTAIN HAGEN; TECHNICIAN DUTTON; TECHNICIAN WONDASO; DEUEL VOCATIONAL INSTITUTION FOR MEN; STEVE R. MOORE; NURSE SIGALES-GORMAN; OFFICER GORMAN; NURSE BLANKS; DR. JACQUES HIRSCHLER; DR. TREADWILL; DR. CROASDALE; DEPUTY BURNS; A. R. SMITH; CLAUDE E. FINN; M. A. HAMILTON; CAPTAIN M. H. REYES; OFFICER WATKINS; OFFICER CASEY; CALIFORNIA INSTITUTE FOR MEN; LORI DICARALO; DOCTORS HOSPITAL; MICHAEL DAVIS; PLEASANT VALLEY STATE PRISON; OFFICER HILL; SERGEANT HILL; GAIL LEWIS; SAN QUENTIN PRISON CALIFORNIA DEPARTMENT OF CORRECTIONS; PRISON HEALTH SERVICES, INC.; CALIFORNIA BOARD OF PRISON TERMS; LOUIE DININNI; MOHAN SUNDARESON; et al. <br><br> Defendants. | Case No.: C 02 2461 SI (MEJ) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS CAPTAIN HAGAN, TECHNICIAN DUTTON AND DEPUTY BURNS' REQUEST TO BE EXCUSED FROM APPEARING IN PERSON OR BY TELEPHONE AT AUGUST 10, 2005 SETTLEMENT CONFERENCE** |

Boyd v. Alameda County, et al., No. C 02 2461 SI
[Proposed] Order Granting Defendants Captain Hagan, Technician Dutton And Deputy Burns' Request To Be Excused From Appearing In Person Or By Telephone At August 10, 2005 Settlement Conference

Defendants CAPTAIN HAGAN, TECHNICIAN DUTTON, and DEPUTY BURNS have requested to be excused from personally attending the August 10, 2005 settlement conference or from being available by telephone for the duration of the settlement conference.

Attending in their place will be a representative of the COUNTY OF ALAMEDA, who is authorized to settle the case.

Good cause appearing,

Defendants' request to be excused from the conference is hereby granted.

Dated: August 2, 2005



Maria-Elena James

Boyd v. Alameda County, et al., No. C 02 2461 SI    1
[Proposed] Order Granting Defendants Captain Hagan, Technician Dutton And Deputy Burns' Request To Be Excused From Appearing In Person Or By Telephone At May 25, 2005 Settlement Conference