Clyde A. Thompson, SBN 72920
Rebecca S. Widen, SBN 219207
Andrea A. Najor, SBN 221853
STRICKLAND, HAAPALA,
ALTURA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel: 510-763-2324
Fax: 510-273-8570

Attorneys for Defendants
COUNTY OF ALAMEDA, CAPTAIN HAGAN,
TECHNICIAN DUTTON, and DEPUTY BURNS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON M. BOYD, EXECUTOR OF THE ESTATE OF CAMMERIN BOYD,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY; CAPTAIN HAGEN; TECHNICIAN DUTTON; TECHNICIAN WONDASO; DEUEL VOCATIONAL INSTITUTION FOR MEN; STEVE R. MOORE; NURSE SIGALES-GORMAN; OFFICER GORMAN; NURSE BLANKS; DR. JACQUES HIRSCHLER; DR. TREADWILL; DR. CROASDALE; DEPUTY BURNS; A. R. SMITH; CLAUDE E. FINN; M. A. HAMILTON; CAPTAIN M. H. REYES; OFFICER WATKINS; OFFICER CASEY; CALIFORNIA INSTITUTE FOR MEN; LORI DICARALO; DOCTORS HOSPITAL; MICHAEL DAVIS; PLEASANT VALLEY STATE PRISON; OFFICER HILL; SERGEANT HILL; GAIL LEWIS; SAN QUENTIN PRISON CALIFORNIA DEPARTMENT OF CORRECTIONS; PRISON HEALTH SERVICES, INC.; CALIFORNIA BOARD OF PRISON TERMS; LOUIE DININNI; MOHAN SUNDARESON; et al.<br><br>Defendants. | Case No.: C 02 2461 SI (MEJ)<br><br>**[PROPOSED]  ORDER RESCHEDULING OR CANCELING AUGUST 10, 2005 SETTLEMENT CONFERENCE** |

Boyd v. Alameda County, et al., No. C 02 2461 SI
[Proposed] Order Rescheduling Or Canceling August 10, 2005 Settlement Conference

1   Defendants have requested that the settlement conference scheduled August 10, 2005, at
2   10:00 a.m. be cancelled or continued pending the Court's ruling on the parties' summary
3   judgment motions.
4   Good cause appearing,
5   Defendants' request for a cancellation or continuance of the settlement conference is
6   GRANTED.  If the case is not resolved in full on summary judgment, the parties shall call to
7   reschedule the settlement conference.
8   Dated: August 5, 2005



Magistrate Judge Maria-Elena James

Boyd v. Alameda County, et al., No. C 02 2461 SI     1
[Proposed] Order Rescheduling Or Canceling August 10, 2005 Settlement Conference