**United States District Court**
For the Northern District of California

1
2
3                                                       E-Filing
4
5                    IN THE UNITED STATES DISTRICT COURT
6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8  MARYLON M. BOYD, EXECUTOR OF THE            No. C 02-02461 SI
   ESTATE OF CAMMERIN BOYD
9                                             ORDER GRANTING IN PART AND
            Plaintiff,                        DENYING IN PART PLAINTIFF'S
10                                            OBJECTION TO DEFENDANTS' BILLS
   v.                                         OF COST
11
   ALAMEDA COUNTY, et al.,
12
            Defendants.
13  _____/
14
15        On September 6, 2005, the Court granted summary judgment in favor of defendants, and

16  defendants thereafter timely filed their bills of costs.  On November 18, 2005, the Court heard oral

17  argument on plaintiff's objections to defendants' bills of costs. An award of statutorily recoverable costs

18  to the prevailing party is permitted as a matter of course unless the Court directs otherwise. Fed. R. Civ.

    P. 54(d)(1).
19
          The Court GRANTS plaintiff's objection to the cost of the reproduction of the exhibits that
20
    accompanied the deposition of plaintiff's expert witness, Dr. Weinstein, as plaintiff had previously
21
    produced the exhibits. Each defendant's bill of cost shall be reduced by the sum of $567.90. With that
22
    exception, the Court DENIES all of plaintiff's remaining objections to defendants' bills of costs.
23
    [Docket ## 308, 309]
24
          **IT IS SO ORDERED.**
25
26
    Dated: November 18, 2005
27
                                              SUSAN ILLSTON
28                                            United States District Judge